**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
CIVIL MINUTES - GENERAL

Case No.  CV 14-6876 AG (AJW)            Date: January 5, 2015

**Title: Torranze J'von Rabb  v. Elvin Valenzuela, Warden**
================================================
PRESENT:     **HON.**    **ANDREW J. WISTRICH**, **MAGISTRATE JUDGE**

| Ysela Benavides | |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**Order to Show Cause Regarding Failure to Serve Summons and Complaint**

Plaintiff paid the filing fee and filed a civil rights complaint pro se in the Southern District of California on August 21, 2014.  The action subsequently was transferred to this district, and a summons was issued.  To date, no proof of service of the summons and complaint has been filed.

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Fed. R. Civ. P. 4(c)(1). If a defendant is not served within 120 days after the complaint is filed, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m).

Plaintiff shall have to and including **Monday, January 26, 2015** in which to file a proof of service of the summons and complaint upon defendant(s) or, alternatively, a declaration under penalty of perjury, with supporting exhibits if needed, establishing good cause for his failure to accomplish timely service of process in accordance with Rule 4.

**Plaintiff is cautioned that failure to respond to this order within the time allowed, or failure to show good cause as described in this order, may lead to the dismissal of this action.**

**IT IS SO ORDERED.**
cc:     Parties