**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **TORRANZE J'VON RABB,** | ) | |
| Plaintiff, | ) | Case No. CV 14-6876 AG (AJW) |
| v. | ) | |
| **ELVIN VALENZUELA,** | ) | J U D G M E N T |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

February 18, 2015

_____
ANDREW J. GUILFORD
United States District Judge

5